## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TYSON FRESH MEATS, INC., f/k/a IBP, INC., a Delaware corporation,** | ) ) ) | |
| **Plaintiff,** | ) ) | 8:03CV546 |
| vs. | ) ) | ORDER |
| **FEDERAL INSURANCE COMPANY,** an Indiana corporation, | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' Joint Motion to Extend Deadlines (#78). The court finds that the motion should be granted, as follows:

**IT IS ORDERED** that the Final Progression Order (#45) is further amended to provide:

1. Federal is given through and including **May 23, 2005** to file and serve the statements required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness Federal expects to call to testify at trial pursuant to the provisions of Rule 702, 703 or 705 of the Federal Rules of Evidence.

2. The Parties further move for an extension granting Tyson through and including **June 7, 2005**, to file and serve the statements required by Fed. R. Civ. P. 26(a)(2) regarding each rebuttal expert witness Tyson expects to call to testify at trial pursuant to the provisions of Rule 702, 703 or 705, Federal Rules of Evidence.

2. All parties are given until **June 22, 2005** to complete all expert depositions, whether or not they are intended to be used at trial.

**DATED May 26, 2005.**

                                               **BY THE COURT:**

                                               **s/ F.A. Gossett**
                                               **United States Magistrate Judge**