## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYSON FRESH MEATS, INC.,<br>f/k/a IBP, INC., a Delaware Corp., | ) ) ) | Case No. 8:03CV546 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, | ) ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Brian D. Nolan and John P. Winsbro, counsel for the parties,

**IT IS ORDERED:**

1. On or before **August 15, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned judge at gossett@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for September 26, 2005 and the jury trial of October 3, 2005, are cancelled upon the representation that this case is settled.

Dated: July 13, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge