# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TYSON FRESH MEATS, INC., f/k/a IBP, INC., a Delaware corporation,** | ) ) ) | |
| Plaintiff, | ) ) | 8:03CV546 |
| vs. | ) ) | **ORDER OF DISMISSAL** |
| **FEDERAL INSURANCE COMPANY,** an Indiana corporation, | ) ) ) ) | |
| Defendant. | ) | |

Upon the Stipulation of Dismissal filed by Plaintiff Tyson Fresh Meats, Inc., f/k/a/ IBP, inc. and Defendant Federal Insurance Company,

**IT IS ORDERED** that the above-captioned action is dismissed with prejudice, each party to pay their own costs and fees.

**DATED July 26, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**